**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIVIL RIGHTS
Civil File No.: 02-386 (ADM/AJB)

Shayla Washington and Tony Washington,
her husband,

Plaintiff,

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

City of Minneapolis;
Officer Grobove, M.P.D.
Badge Number 2486,
and Richard Roe, certain
unknown and unnamed Minneapolis
police officers, personally, and
in their official capacity as Minneapolis
police officers; Chief Robert Olson,
personally and in his capacity as
Minneapolis police Chief, and
Walgreen's Drug Stores, Inc., a
Corporate entity.

Defendants.

It is hereby stipulated and agreed, between the Plaintiff, Shayla Washington, and Defendant Walgreen's, that this action may be and hereby is partially dismissed as to these named parties with prejudice, and on the merits, and without costs and disbursements to any party, and that either party hereto may without notice to any other party apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice upon the merits and without costs, disbursements or attorney's fees be entered accordingly as to these stipulating parties.

FILED 9-16-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9-16-2
DEPUTY CLERK

Dated: September 9, 2002

GOINS & WOOD, P.C.

By: Kathryn R. Burke

Albert T. Goins, Sr. #126159
Kathryn R. Burke, #299583
301 Fourth Avenue South, #378
Minneapolis, MN 55415
(612) 339-3848
Attorneys for Shayla Washington

Dated: 9-10-02

LIND, JENSEN & SULLIVAN & PETERSON

By: B. A. Wood

Brian A. Wood, #0141690
Kimberly Fleming, 285365
150 Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637
Attorneys for Walgreen's

**ORDER FOR DISMISSAL WITH PREJUDICE
AND FOR ENTRY OF JUDGMENT**

Upon the foregoing Stipulation, it is hereby ordered that the clerk of this court is hereby ordered and directed to enter judgment partially dismissing the above action with prejudice on the merits, and without costs, attorney's fees and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2002

By: ____________________
The Honorable Ann D. Montgomery
Judge of United States District Court