**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shayla Washington and
Tony Washington, her husband,

Plaintiffs,

vs.

City of Minneapolis; Officer Grobove, M.P.D. Badge Number 2486, and Richard Roe, certain unknown or partly unnamed Minneapolis police officers, personally, and in their official capacity as Minneapolis police officers; Chief Robert Olson, personally and in his capacity as Minneapolis Police Chief, and Walgreen's Drug Stores, Inc., A corporate entity,

Defendants.

Court File No.: 02-386 ADM/AJB

ORDER DISMISSING ALL CLAIMS AGAINST THE CITY OF MINNEAPOLIS, CHIEF OLSON, OFFICER GROBOVE, AND OFFICER RICHARD ROE WITH PREJUDICE

---

ORDER

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, claims against Defendants City of Minneapolis, Officer Adam Grobove, M.P.D. Badge Number 2486, and Richard Roe, certain unknown or partly unknown Minneapolis police officers, personally, and in their official capacity as Minneapolis Police Officers, and Police Chief Robert Olson, personally, and in his capacity as a Minneapolis Police Chief.

BY THE COURT

Dated: September 27, 2002

Ann D. Montgomery
Judge of District Court

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shayla Washington and
Tony Washington, her husband,

Plaintiffs,

vs.

City of Minneapolis; Officer Grobove, M.P.D. Badge Number 2486, and Richard Roe, certain unknown or partly unnamed Minneapolis police officers, personally, and in their official capacity as Minneapolis police officers; Chief Robert Olson, personally and in his capacity as Minneapolis Police Chief, and Walgreen's Drug Stores, Inc., A corporate entity,

Defendants.

Court File No.: 02-386 ADM/AJB

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST CHIEF ROBERT OLSON, OFFICER GROBOVE, OFFICER RICHARD ROE, AND THE CITY OF MINNEAPOLIS

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants City of Minneapolis, Officer Adam Grobove, M.P.D. Badge Number 2486, and Richard Roe, certain unknown or partly unknown Minneapolis police officers, personally, and in their official capacity as Minneapolis Police Officers, and Police Chief Robert Olson, personally, and in his capacity as a Minneapolis Police Chief, may be and are hereby dismissed on their merits with prejudice, but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants..

Dated: 9-20-02

ALBERT T. GOINS, #126159
KATHRYN BURKE BROWNE, #299583
Wood & Goins, P.C.
301 Fourth Avenue South, Ste. 378
Minneapolis, MN 55415
Attorneys for Shayla Washington and Tony Washington

Dated: 9-20-02

JAY M. HEFFERN
City Attorney
By

SUSAN L. TRAMMELL, #0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for the City of Minneapolis, Chief Olson, Officer Grobove and Officer Richard Roe

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK